**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| YESHTILA AWOKE AMESHE, | : | No. 138 MM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| HON. WILLIAM J. FURBER, JR., PRESIDENT JUDGE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The Court of Common Pleas of Montgomery County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.